Case 1:17-cv-03265-WTL-DML   Document 1-1   Filed 09/14/17   Page 1 of 4 PageID #: 4

49D11-1708-PL-032919
Filed: 8/28/2017 8:29 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

Marion Superior Court, Civil Division 11

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO: |

| | | |
|---|---|---|
| JAIME BISHOP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPHSON WALLACK MUNSHOWER | ) | |
| NEUROLOGY, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff, Jaime Bishop ("Bishop"), brings this action against Defendant, Josephson Wallack Munshower Neurology, P.C. ("Defendant"), alleging that Defendant failed to hire her in violation of her rights as protected by the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*

## PARTIES

2. Bishop has at all relevant times resided in Marion County.

3. Defendant is an Indiana for-profit corporation operating and conducting business in Marion County.

## JURISDICTION AND VENUE

4. This cause of action arose in Marion County, Indiana. The Marion Superior Court has jurisdiction over Plaintiff's claims.

5. Bishop is an "employee" as that term is defined by 42 U.S.C. § 12111(4).

6. Defendant is an "employer" as that term is defined by 42 U.S.C. § 12111(5).

-1-

7. Bishop satisfied her obligations to exhaust her administrative remedies, having timely field a Complaint of Discrimination with the Indiana Civil Rights Commission (filed jointly with the Equal Employment Opportunity Commission), on or around September 26, 2016. The EEOC issued a right to sue notice on or around May 30, 2017. Bishop now timely files this complaint.

8. Preferred venue lies in Marion County because Defendant is a corporation with its principle place of business in Marion County.

## FACTUAL ALLEGATIONS

9. Bishop is a qualified individual with a disability, record of disability, and/or is regarded as having a disability by Defendant, *viz.* epilepsy, which causes Bishop to have 2-3 seizures per month, and which Bishop treats with medication.

10. In or around August or September 2016, Defendant contacted a recruiter to help fill a vacancy for a Health Information Clerk position.

11. Bishop's resume was forwarded to Defendant by the recruiter.

12. Defendant scheduled Bishop for an interview for the vacancy on September 8, 2016.

13. Shortly after arriving for the interview, and before the interview began, Bishop had a seizure, was evaluated by a physician, and then transported to the hospital.

14. Bishop was rescheduled for her interview on September 12, 2016.

15. Bishop's interview was conducted by Natalie Froschauer ("Froschauer").

16. Froschauer was aware that Bishop suffered a seizure when she had been in the office for her earlier interview.

17. During the interview, Froshauer did not ask Bishop relevant questions about her

experience and qualifications.

18. During the interview, Froshauer exhibited a negative attitude towards Bishop.

19. Bishop's interview lasted approximately five minutes.

20. Bishop was qualified for the Health Information Clerk position.

21. Bishop was not selected for the Health Information Clerk position.

22. The Health Information Clerk position was filled by a person who did not have a disability, record of disability, and/or was not regarded as having a disability by Defendant.

23. Any reason given by Defendant for its refusal to hire Bishop is pretextual.

24. Defendant has discriminated against Bishop because of her disability, record of disability, and/or because it regarded Bishop as having a disability.

25. Bishop has suffered and continues to suffer injuries as a result of Defendant's discriminatory actions.

26. Defendant has violated Bishop's rights as protected by the ADA.

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Jaime Bishop, by counsel, respectfully requests that the Court find for her and order that Defendant:

a. Place Bishop in the Health Information Clerk position, or in the alternative, to pay Bishop front pay in lieu of reinstatement;

b. Pay lost wages and benefits to Bishop;

c. Pay compensatory and punitive damages to Bishop;

d. Pay pre- and post-judgment interest to Bishop;

e. Pay Bishop's reasonable costs and attorney fees incurred in pursuing this matter; and

f. Provide to Bishop any and all other legal and/or equitable relief that this Court determines appropriate and just to grant.

Respectfully submitted,

*s/ John H. Haskin*
John H. Haskin, Attorney No. 7576-49

*s/ Samuel M. Adams*
Samuel M. Adams, Attorney No. 28437-49

## JURY DEMAND

Plaintiff respectfully requests a jury trial for all issues deemed triable.

Respectfully submitted,

*s/ John H. Haskin*
John H. Haskin, Attorney No. 7576-49

Attorney for Plaintiff
Jaime Bishop

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone: (317)955-9500
Facsimile: (317)955-2570
Email: jhaskin@jhaskinlaw.com
   sadams@jhaskinlaw.com