UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAIME BISHOP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:17-cv-03265-WTL-DML |
| | ) |
| JOSEPHSON WALLACK MUNSHOWER | ) |
| NEUROLOGY, P.C., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Come now the Parties, by their respective counsel, having filed their Stipulation of Dismissal, and the Court, being duly advised, hereby finds that the Parties' Stipulation of Dismissal should be granted. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice. Each side shall bear his/her/its own costs, including attorneys' fees.

IT IS SO ORDERED.

Dated: 12/19/17

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Distribution to all counsel of record via CM/ECF